# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIGHT WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>DETECTIVE AUGIAR, KIMBERLY M. FRAN, and REBECCA A. LEVY,<br><br>Defendants. | Case No. 2:14-cv-01731-APG-NJK<br><br>**ORDER DISMISSING CASE** |

Pursuant to Judge Koppe's August 4, 2015 order (Dkt. #8), plaintiff Brian Wright had until September 4, 2015 to file an amended complaint. Wright did not file an amended complaint.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.

DATED this 10th day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE